UNITED STATES DISTICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:24-cr-564-KKM-TGW

DANIEL LIBURDI,
JOSEPH SCOTTO,
GREGORY WALKER, and
FRANK CARBONE III
_____/
[OWNER OF RECORD: 101 N Hibiscus LLC, a Wyoming Limited Liability Company]

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on December 18, 2024, and is now pending in the United States District Court for the Middle District of Florida between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **101 N. Hibiscus Dr., Miami Beach, Florida 33139**, being the same premises conveyed to 101 N Hibiscus LLC, on August 28, 2024, and recorded on September 16, 2024, in Miami-Dade County, CFN: 20240706140 in Book 34409, Pages 2895-2897, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

PARCEL A:

Lots 44 and 45, Block 2, of HIBISCUS ISLAND, according to the Plat thereof, recorded in Plat Book 8, at Page 75, of the Public Records of Miami-Dade County, Florida.

PARCEL B:

A strip of land (part of which is submerged) lying Northerly of and contiguous to the Northerly boundary line of Lots 44 and 45, Block 2, of HIBISCUS ISLAND, said HIBISCUS ISLAND, being shown on Plat recorded in Plat Book 8, at Page 75, of the Public Records of Miami-Dade County, Florida. Said strip of land more particularly described as follows: Beginning at a point where the dividing line of Lots 43 and 44, Block 2, intersects the Northerly line of Block 2, of HIBISCUS ISLAND; thence Northeasterly along the Westerly boundary line of Lot 44, Block 2, extended Northeasterly for a distance of 20 feet more or less to the Northerly boundary line of that certain strip of land as shown in Deed recorded in Deed Book 1501, at Page 479, of the Public Records of Miami Dade County, Florida; thence Southeasterly along the Northerly boundary line of that certain strip of land as shown in Deed recorded to Deed Book 1501, at Page 479, a distance of 120 feet more or less to a point where the Easterly boundary line of Lot 45, Block 2, extended Northeasterly intersects the said last mentioned line; thence Southwesterly along the said Easterly extended boundary line of Lot 45,\ Block 2, for a distance of 20 feet more or less to the Northeasterly corner of Lot 45, Block 2, thence Northwesterly along the Northerly boundary line of Lots 44 and 45, Block 2, a distance of 120 feet to the Point of Beginning; said above described strip of land being part of the 20 foot strip of land conveyed by Trustees of the Internal Improvement Fund to Biscayne Bay Islands Company by Deed, dated September 14, 1932, and recorded in Deed Book 1501, at Page 479, of the Public Records of Miami-Dade County, Florida.

Tax ID: 02-3232-006-0550

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. §§ 982(a)(1) and (a)(2)(A).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture. Further information concerning this action may be

obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

          Respectfully Submitted,

          ROGER B. HANDBERG
          United States Attorney

By:   *s/Suzanne C. Nebesky*
      SUZANNE C. NEBESKY
      Assistant United States Attorney
      Florida Bar Number 59377
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602
      (813) 274-6000 – telephone
      E-mail: suzanne.nebesky@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

          *s/Suzanne C. Nebesky*
          SUZANNE C. NEBESKY
          Assistant United States Attorney