UNITED STATES DISTCT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:24-cr-564-KKM-TGW

DANIEL LIBURDI,
JOSEPH SCOTTO,
GREGORY WALKER, and
FRANK CARBONE III
_____/
[OWNER OF RECORD: ENDLESS VIEWZ LLC, a U.S. Virgin Islands limited liability company]

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on December 18, 2024, and is now pending in the United States District Court for the Middle District of Florida between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **195 Chocolate Hole, Cruz Bay, St. John, U.S. Virgin Islands, 00830**, being the same premises conveyed to ENDLESS VIEWZ LLC, on February 23, 2021, and recorded on March 2, 2021, in the Official Records of St. Thomas/St. John, Doc #2021000938, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> Parcel No. 195 Estate Chocolate Hole
> No. 11 Cruz Bay Quarter
> St. John, U.S. Virgin Islands
> Consisting of 0.53 U.S. Acres, more or less

      As shown on PWD No. G9-633-T62
      Parcel Number: 3-08203-0603-00

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. §§ 982(a)(1) and (a)(2)(A).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture. Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

                                      Respectfully Submitted,

                                      ROGER B. HANDBERG
                                      United States Attorney

                    By:    *s/ Suzanne C. Nebesky*
                                    SUZANNE C. NEBESKY
                                    Assistant United States Attorney
                                    Florida Bar Number 59377
                                    400 N. Tampa Street, Suite 3200
                                    Tampa, Florida 33602
                                    (813) 274-6000 – telephone
                                    E-mail: suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
