AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Joseph Scotto

*Defendant*

Case No. 8:24cr564-KKMTGW

RCVD USMS M/FL TAMPA 2024 DEC 19 ization 2:04

## ARREST WARRANT

**SEALED**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Scotto,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Bank Fraud - 18 U.S.C. § 1344

Money Laundering Conspiracy - 18 U.S.C. § 1956(h)

JAN 13 2025 PM 3:28
FILED - USDC - FLMD - TPA

Date: 12/19/24

*Issuing officer's signature*

City and state: Tampa Florida

GABRIELLA LOBAINA
ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12-19-2024, and the person was arrested on *(date)* 1-10-2025
at *(city and state)* Islip, NY.

Date: 1-10-2025

*Arresting officer's signature*

Michael Fitzaust DUSM
*Printed name and title*