**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No.: 8:24-cr-00564-KKM-TGW

DANIEL LIBURDI,

Defendant.

_______________________________/

**DEFENDANT DANIEL LIBURDI'S MOTION FOR ORAL ARGUMENT ON DEFENDANT'S OPPOSED MOTION TO COMPEL THE GOVERNMENT TO PRODUCE ITS TAINT/FILTER TEAM PROTOCOL**

COMES NOW, the Defendant, Daniel Vincent Liburdi, by and through the undersigned counsel, and respectfully moves for Oral Argument (15 minutes) on Defendant's Motion to Compel the Government to Produce its Taint/Filter Team Protocol.

1. On December 18, 2024, Liburdi was charged by an Indictment with violations of 18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud), 18 U.S.C. § 1344 (Bank Fraud), and 18 U.S.C. § 1956(a)(1)(A) (Conspiracy to Commit Money Laundering). Pacer Doc. 1.

2. On October 24 and October 31, 2025, the Government produced substantial ESI, digital, and documentary discovery, seized or obtained from third parties.
3. Liburdi has filed a Motion to Compel the Government to Produce its Taint/Filter Team Protocol on November 28, 2025. Pacer Doc. 171.
4. This Motion is brought in support of a request for Oral Argument on Liburdi's Motion to Compel the Government to Produce its Taint/Filter Team Protocol.
5. Liburdi's Motion raises compelling arguments, the proper resolution of which addresses whether the Government even used a Taint/Filter Team, and if so, properly constituted and instructed same.
6. Liburdi estimates that approximately 15 minutes will be needed for the parties to fully inform the Court of their respective positions.
7. Counsel has not been able to confer with AUSA A. Duso, but assumes that because he opposes the Motion to Compel the Government to Produce its Taint/Filter Team Protocol, he will likely oppose (or at least take "no position" on) this request for Oral Argument.

WHEREFORE, for the above reasons, Liburdi respectfully moves for oral argument to be scheduled after the Government responds to Liburdi's Motion to Compel the Government to Produce its Taint/Filter Team Protocol.

By: /s/ Joel Hirschhorn
JOEL HIRSCHHORN
Florida Bar #104573

**Hirschhorn Law Office**
Attorney for Defendant
4230 East Towne Blvd.,
#319
Madison, WI 53704-3704
Telephone: (305) 389-4726
joel@hirschhorn.law
Dated: November 28, 2025

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/Joel Hirschhorn
JOEL HIRSCHHORN