UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No.: 8:24-cr-564-KKM-TGW

DANIEL LIBURDI

_________________________________/

**ORDER MODIFYING CONDITIONS OF RELEASE**

Following his violation of the pretrial release conditions imposed by this Court (*see* Doc. 13), I modify the Defendant's release conditions. *See* 18 U.S.C. § 3148.

The United States Pretrial Services Office reported that the Defendant violated the Court's conditions of release by committing a new law violation (Doc. 13), specifically, by leaving the scene of an accident that caused damage. Doc. 215. I held a hearing on the allegation.

At the hearing, the Defendant admitted to the violation.[1] The parties then contested what, if any, modifications of his release conditions were warranted.

Following the hearing and after considering the factors in 18 U.S.C. § 3142(g), I found by clear and convincing evidence that the Defendant violated the conditions of his release and that his conditions should be modified for the safety of the community as follows:

---

[1] In addition, on an earlier occasion, the Defendant was cited for careless driving.

- Defendant is prohibited from driving;
- Defendant shall notify Pretrial Services of any contact with law enforcement within 48 hours;
- Defendant shall submit to substance abuse and mental health evaluation and treatment at the discretion of Pretrial Services;
- Defendant shall forfeit $10,000.00 of his signature bond to the Clerk of Court within two weeks.

All other conditions (Doc. 13) shall remain in place.

SO ORDERED in Tampa, Florida, this 10th day of February 2026.

Natalie Hirt Adams

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record
Pretrial Services Office
United States Marshals Service