UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:24-cr-564-KKM-TGW

DANIEL LIBURDI
JOSEPH SCOTTO
FRANK CARBONE, III

**NOTICE OF RELATED CASES**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to

Rule 1.07 of the Local Rules of the United States District Court, Middle District of

Florida, of the existence of similar cases which concern issues of law or facts related

to that of the above-captioned case. Those cases are *United States v. Joseph Scotto*,

Case No. 8:26-cr-89-JLB-AAS, which has been assigned to United States District

Judge John L. Badalamenti; and *United States v. Frank Carbone, III*, Case No. 8:26-cr-

107-KKM-AAS, which has been assigned to United States District Judge Kathryn K.

Mizelle.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Ross Roberts*
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
E-mail: Ross.Roberts@usdoj.gov

**U.S. v. Liburdi, et al.**                    **Case No. 8:24-cr-564-KKM-TGW**

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Ross Roberts*
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ross.Roberts@usdoj.gov