MAY 15 2026 PM3:49
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No. 8:24-cr-564-KKM-TGW

v.

26 U.S.C. § 7206(1)

DANIEL LIBURDI

**SUPERSEDING INFORMATION**

The United States Attorney charges:

**COUNT ONE**
**(Making and Subscribing a False Tax Return)**

On or about September 16, 2024, in the Middle District of Florida, the defendant,

**DANIEL LIBURDI,**

did willfully make and subscribe, and did willfully aid, abet, assist, and cause to be so made and subscribed, a U.S. Individual Income Tax Return, IRS Form 1040 ("IRS Form 1040"), for the tax year 2023, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That IRS Form 1040, which was filed with the Internal Revenue Service, and which the defendant knew not to be true and correct as to every material matter, misrepresented the domestic source of his reported income, resulting in the defendant willfully underreporting the amount of tax due and owing for tax year 2023 in the amount of $9,881,118.

In violation of 26 U.S.C. § 7206(1) and 18 U.S.C. § 2.

GREGORY W. KEHOE
United States Attorney

By: ______________ for RR
Ross Roberts
Assistant United States Attorney

By: ______________
Gregory D. Pizzo
Assistant United States Attorney
Chief, Economic Crimes Section