**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 07, 2026

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 25-13338-EE
Case Style: USA v. XMY Enterprize LLC, et al
District Court Docket No: 8:24-cr-00564-KKM-TGW-4

LIMITED REMAND

Enclosed is a copy of an order remanding this appeal on a limited basis for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This appeal will be held in abeyance in this court pending disposition of limited remand proceedings in your court.

Upon completion of limited remand proceedings, please promptly send a copy of the ORDER ON REMAND to this court and certify any supplemental record of proceedings.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CLK-3 DC Letter with Ltd Remand order

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-13338

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DANIEL LIBURDI,

*Defendant,*

XMY ENTERPRIZE LLC,
GREEN BRICK MEDIA LLC,
GGM GROUP FAMILY OFFICE LLC,
POMPEA MOUNTAIN TR,
GGM GROUP LLC, et al.,

*Movants-Appellants.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cr-00564-KKM-TGW-4

---

Before JORDAN and BRASHER, Circuit Judges.

BY THE COURT:

Appellants' unopposed motion for a limited remand is GRANTED. *See* 11th Cir. R. 21-1(c)(2). This case is REMANDED for the limited purpose of correcting the record to reflect that "Coast Capital Investments Group" should be identified as "Coastal Capital Investments Group."

This case is STAYED pending conclusion of the proceedings on limited remand.