**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No.: 8:24-cr-00564-KKM-TGW

DANIEL LIBURDI,

Defendant.

______________________________/

**DEFENDANT LIBURDI'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Defendant, **DANIEL LIBURDI** ("Liburdi"), by and through his undersigned counsel, hereby files this Unopposed Motion to Continue Sentencing Hearing, and in support thereof, states as follows:

1. On May 15, 2026, Liburdi was charged by Information with one (1) count of Making and Subscribing a False Tax Return, in violation of 26 U.S.C. § 7206(1) (Count 1). (Doc. 254).
2. On May 19, 2026, Liburdi pled guilty pursuant to a plea agreement to Count 1 of the Superceding Information. (Doc. 260 at 1).
3. Sentencing is currently set for August 19, 2026, at 11:00 A.M. (Doc. 274).

4. Based upon the plea agreement, processes are currently in place and proceeding to complete the cooperation portion of the agreement as well as completing required forfeiture payments, for which additional time is needed to accomplish these goals.
5. The Defendant respectfully requests that the Court reschedule his Sentencing Hearing to a date after November 1, 2026 in order to allow for completion of the components of the plea agreement prior to sentencing in this cause.
6. This request is made in good faith and not for the purpose of unnecessary delay.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel has been advised that co-counsel Stuart Hyman has consulted and conferred with Assistant United States Attorney Whitney Mackay, who advised that the Government does not oppose the relief requested herein.

**WHEREFORE**, Defendant, **Daniel Liburdi**, respectfully requests this Court grant his Unopposed Motion to Continue Sentencing Hearing, and grant such other relief as is just and proper.

Respectfully submitted,

/s/ Stuart I. Hyman
STUART I. HYMAN
Florida Bar #319945
**Stuart I. Hyman, P.A.**
Attorney for Defendant
1520 E. Amelia St.

/s/ Joel Hirschhorn
JOEL HIRSCHHORN
Florida Bar #104573
**Hirschhorn Law Office**
Attorney for Defendant
4230 East Towne Blvd., #319

Orlando, FL 32803-5407
Telephone: (407) 896-0536
shumanlaw@aol.com

Madison, WI 53704-3704
Telephone: (305) 389-4726
joel@hirschhorn.law

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ Joel Hirschhorn
JOEL HIRSCHHORN